Case 1-26-40732-ess   Doc 1   Filed 04/15/26   Entered 04/15/26 12:21:53

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

|  |  |
|---|---|
| Trump Village Section 4, Inc. and Igor Oberman,<br><br><div align=center>Plaintiffs,</div><br>-against-<br><br>Jacob Vaynshteyn,<br><br><div align=center>Defendant.</div> | **SUMMONS WITH NOTICE**<br><br>Index No.: |

To the Above-Named Defendant:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on the plaintiff(s) at the address set forth below, and to do so within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

The basis of venue is Defendant's domicile.

Dated: New York, New York
       August 11, 2025

<div align=center>Yours, etc.,</div>

DANIEL S. SZALKIEWICZ, ESQ.
CALI P. MADIA, ESQ.
Veridian Legal, P.C.
*Attorneys for Plaintiffs*
23 W. 73rd Street, Suite 102
New York, New York 10023
Tel: (212) 706-1007
*daniel@veridianlegal.com*

<div align=center>1</div>

Case 1-26-40732-ess    Doc 1    Filed 04/15/26    Entered 04/15/26 12:21:53

**PLEASE TAKE NOTICE** that this is an action for damages resulting from Defendant's conduct in, around, and directed towards the apartment complex known as Trump Village West, including but not limited to causes of action pursuant to:  (1) defamation; (2) defamation per se; (3) tortious interference with business relations; (4) breach of contract; (5) abuse of process; (6) trespass; (7) fraudulent misrepresentation; (8) injurious falsehood; (9) trade libel; (10) defamation by implication; (11) tortious interference with prospective contractual relations; (12) tortious interference with an existing contract;  (13) violation of Civil Rights Law 79-n, (14) nuisance, (15) intentional destruction of property; and (16) for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that in the case of your failure to appear judgment may be taken against you in the amount of at least $1,500,000.00, plus interest, punitive damages, attorney fees, together with the costs and disbursements of the action.