**FILED: KINGS COUNTY CLERK 08/29/2025 10:37 AM**

NYSCEF DOC. NO. 2

INDEX NO. 527027/2025

RECEIVED NYSCEF: 08/29/2025

IN THE SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF KINGS, CIVIL TERM

| | |
|---|---|
| **TRUMP VILLAGE SECTION 4, INC.; IGOR OBERMAN**<br>  Plaintiff/Petitioner<br><br>vs.<br><br>**Jacob Vaynshteyn**<br>  Defendant/Respondent | Hearing Date:<br>INDEX NO:   **527027/2025**<br>Index Date:   **08/11/2025**<br>AFFIRMATION OF SERVICE OF:<br>**SUMMONS WITH NOTICE** |

Received by Fatih Ucan, on the **13th day of August, 2025 at 2:58 AM** to be served upon **Jacob Vaynshteyn** at **2944 W 5th St Apt 19B, Brooklyn, Kings County, NY 11224.**

The undersigned, affirms: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **16th day of August, 2025 at 12:13 PM**, this affiant served **Jacob Vaynshteyn** by duly posting the above listed documents, by then and there personally affixing **1** true and correct copy(ies) thereof, to the front door of the property known as: **2944 W 5th St Apt 19B, Brooklyn, Kings County, NY 11224.**

First class mailing was completed to **2944 W 5th St Apt 19B, Brooklyn, Kings County, NY 11224** on _08/17/2025_ by depositing the above listed documents in a USPS Mailbox in an envelope marked personal and confidential. Affiant was unable, with due diligence to find defendant or a person of suitable age and discretion, thereat, having called there:

8/13/2025 12:26 PM: There was no answer at the address. At the address I observed a call/mail box listing subject. I spoke with a neighbor who says subject resides.
8/14/2025 9:13 PM: There was no answer at the address. At the address I observed a call/mail box listing subject. I spoke with a neighbor who says subject resides.
8/16/2025 11:59 AM: There was no answer at the address. I spoke with a neighbor who says subject resides.

I affirm, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Executed on _____OB / 17 / 2025_____ .

_signature_

**Fatih Ucan, Reg. # 2126310-DCWP, NYC DCWP, NY**

ABC Legal Services, LLC
DCA Lic. #1380619 Exp, 02/28/26
147 Prince St, Suite 4-6, Brooklyn, NY 11201