FILED: KINGS COUNTY CLERK 09/11/2025 03:38 PM

NYSCEF DOC. NO. 3

INDEX NO. 527027/2025

RECEIVED NYSCEF: 09/11/2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

------------------------------------------------------------ x

Trump Village Section 4, Inc. & Igor OBosman
Plaintiff(s), [fill in name(s)]

- against -

Jacob Vaynshteyn
Defendant(s). [fill in name(s)]

Index Number 527027/2025

**AFFIRMATION OF SERVICE
AFTER COMMENCEMENT OF
LITIGATION**

------------------------------------------------------------ x

I, I. Osunka _____ [name of person who served papers], affirm, depose, and say:

I am over 18 years of age and am not a party to this case.

I reside at 1 police plaza NY NY 10038 _____ [your address]

On, 9/11/2025 [date of service], at 12:06 AM/PM [time of day], I served a true copy of

the following papers Notice of Appearence & Demand for Complaint [identify papers served],

in the following manner [check box that applies]:

☐ Personal By personally delivering the papers to _____ [identify person served]

Service at _____ [address]

The process server's perception of the individual served is as follows:

| Gender | Height | Weight | Age |
|---|---|---|---|
| ☐ Male | ☐ Under 5' | ☐ Under 100 lbs. | ☐ 21 - 34 years |
| ☐ Female | ☐ 5'0" - 5'3" | ☐ 100 - 130 lbs. | ☐ 35 - 50 years |
| | ☐ 5'4" - 5'8" | ☐ 131 - 160 lbs. | ☐ 51 - 61 years |
| | ☐ 5'9" - 6'0" | ☐ 161 - 200 lbs. | ☐ Over 61 years |
| | ☐ Over 6' | ☐ Over 200 lbs. | |

Race_____ [describe]

Hair color_____ [describe]

Other identifying features, if any: _____ [describe]

☑ Mail        By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) indicated below:

☐ Overnight   By depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery
Delivery      was made prior to the latest time designated by the overnight delivery service for overnight delivery. The
Service        delivery service used was _____ [name of delivery service]

Name(s) and address(es) of person(s) served by mail/overnight delivery: Daniel S. Szalkiewicz, ESQ.

Veridian Legal, PC 23 W 73 St. suite 102 NY, NY 10023

I, I. Osunka _____ (Print Name), affirm this Sept day of, 11, 20 25 under the penalties of perjury, under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

I. O
_____
Server's Signature

Case 1:26-40732-ess   Doc 2   Filed 04/15/26   Entered 04/15/26 12:21:53

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

**Trump Village Section 4, Inc., and Igor Oberman,**
Plaintiffs,

v.

Index No.: 527027/2025

**Jacob Vaynshteyn,**
Defendant.

**NOTICE OF APPEARANCE AND DEMAND FOR COMPLAINT**

PLEASE TAKE NOTICE that the undersigned, Jacob Vaynshteyn, appearing pro se, demands that a complaint be served in this action.

Dated: 9/11/2025

Jacob Vaynshteyn
2944 West 5th Street, Apt 19B
Brooklyn, New York 11224
718 808 2940

Jvaynsh1@protonmail.com

KINGS COUNTY CLERK
FILED
2025 SEP 11 A 11:40